IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

RHONDA SMITH, on behalf of S.J.K.,

               Plaintiff,                     ORDER

   v.

                                                          13-cv-806-jdp

CAROLYN W. COLVIN,
Commissioner of the Social
Security Administration,

               Defendant.

---

      Plaintiff Rhonda Smith, on behalf of S.J.K. seeks judicial review of a final decision of the Commissioner of Social Security finding him not disabled within the meaning of the Social Security Act. Plaintiff's motion for summary judgment is fully briefed.

      The court will hear argument on plaintiff's motion at 1:00 p.m., Tuesday, February 17, 2015, in Room 360. The court will devote approximately an hour to argument. Then, following a short recess, the court expects to issue its decision from the bench.

      Entered January 28, 2015.

                                            BY THE COURT:

                                            /s/
                                            _____
                                            JAMES D. PETERSON
                                            District Judge